**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STARSTONE SPECIALTY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE CASINO LAW GROUP, LLC, and CORY ARONOVITZ, )<br>)<br>Defendant. ) | Case Number: 18-cv-3748 |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, StarStone Specialty Insurance Company, by and through its undersigned counsel, hereby dismisses this this action before any opposing party has served an answer or motion for summary judgment, with prejudice and with each party to bear its own fees and costs.

Dated: August 23, 2018.                    Respectfully submitted,

**STARSTONE SPECIALTY INSURANCE COMPANY**,


By:   */s Gary L. Gassman*
         One of its Attorneys

Gary L. Gassman (#6217204)
Jonathan R. Walton (#6310428)
COZEN O'CONNOR
123 North Wacker Drive, Suite 1800
Chicago, IL 60606
Tel: 312-474-7900
Fax: 312-474-7898
ggassman@cozen.com
jwalton@cozen.com

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certified that on August 23, 2018, a true and correct copy of the Notice of Dismissal with Prejudice was filed electronically with the Clerk of the Court using the CM/ECF system. The parties may access this filing through the Court's electronic filing system, and notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system.

By: */s/ Gary L. Gassman*